# CIVIL MINUTE SHEET
## MOTION HEARING

Date 8/6/03
Time 8:30 am – 10:10 am

☑ Cheyenne
☐ Casper

Case No. 02-CV-195

Gose
vs.
City of Douglas

Judge: Johnson
Clerk: Kit Dimke
Reporter: Norma DeLong
Law Clerk: Kit Dimke

Attorney(s) for Plaintiff(s): Richard Gose, appearing pro se

Attorney(s) for Defendant(s): Rick Kochmstaf

Attorney(s) for 3rd-party defendant(s):

| Pltf / Dft | Pleading # | Motion to/for | Disposition |
|---|---|---|---|
| | | Final Pre-trial Conference | |

☐ Briefs to be filed on or before _____ (Date) by plaintiff / defendant / third-party / all parties (Circle one)
_____ (Date) by plaintiff / defendant / third-party / all parties (Circle one)

☐ Order to be prepared by ___ Court ___ Attorney: _____ (Name)

☐ Attorney _____ admitted pro hac vice

Other Proceedings: